1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

9

JEFF HARNDEN,                                    CV F   02 6529 REC LJO P

10

                          Plaintiff,

11

        v.                                       ORDER STRIKING DOCUMENT FROM
                                                 RECORD (Doc.  39.)

12

KEY, et.  al.,

13

                          Defendants.

14

_____/

15
16

        Jeff Harnden ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in

17

this civil rights action filed pursuant to 42 U.S.C. § 1983.

18

        On May 19,2005, inmate Dustin filed a pleading titled "Motion to Vacate Judgment or

19

Decision."  However, a review of the record reveals that inmate Dustin is not a party to the case.

20

Moreover, on February 10, 2005, Plaintiff's request for class certification was denied and he was

21

expressly informed that inmate Dustin would not be allowed into the case as a co-plaintiff.  (Doc.

22

30.)  As such, inmate Dustin is not permitted to file pleadings in the instant action.

23

        Accordingly, the document submitted on May 19, 2005, by inmate Dustin titled "Motion

24

to Vacate Judgment or Decision" is STRICKEN from the record.

25

IT IS SO ORDERED.

**Dated:    May 23, 2005**                    _____/s/ Lawrence J. O'Neill_____

26

b9ed48                                        UNITED STATES MAGISTRATE JUDGE

27
28

1