IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JEFF S. HARNDEN, | ) | No. CV-F-02-6529 REC/LJO |
| | ) | |
| | ) | ORDER DENYING PLAINTIFF'S |
| | ) | MOTION TO VACATE JUDGEMENT |
| Plaintiff, | ) | OR DECISION OF MAGISTRATE |
| | ) | JUDGE (Doc. 39) |
| vs. | ) | |
| | ) | |
| D. KEY, et al., | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

On May 19, 2005, plaintiff filed a motion to vacate judgment or decision by Magistrate Judge.

Although plaintiff's motion is very difficult to read, it appears that plaintiff is objecting to the orders striking the application to proceed in forma pauperis filed by Dale Owen Dustin, who is not a party to this action. It appears that plaintiff is contending that Dustin, who is referred to in the body of the Fifth Amended Complaint, should be allowed to be made a party to this action.

The Magistrate Judge's rulings are correct and plaintiff's

1

1  motion to vacate is denied.  Dustin is not named as a plaintiff
2  in this action.  If plaintiff desires to again amend his pleading
3  to add an additional plaintiff, he must file a motion for leave
4  to amend pursuant to Rule 15, Federal Rules of Civil Procedure,
5  to add the additional plaintiff.  However, plaintiff is advised
6  that he cannot represent or act for or on behalf of any
7  additional plaintiff in this action, if leave to amend is
8  granted, because he is not a lawyer.  <u>See</u> Rule 83-183, Local
9  Rules of Practice.

10       IT IS SO ORDERED.

11  **Dated:  May 23, 2005**                  /s/ Robert E. Coyle
    668554                         UNITED STATES DISTRICT JUDGE