# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFF S. HARNDEN, | CASE NO. 1:02-CV-06529-REC-LJO-P |
| Plaintiff, | ORDER CONSTRUING MOTION AS ONE FOR SERVICE BY THE MARSHAL, AND |
| v. | GRANTING REQUEST |
| D. KEY, et al., | (Doc. 38) |
| Defendants. | |

Plaintiff Jeff S. Harnden ("plaintiff") is a state prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983.  On May 3, 2005, plaintiff filed a document entitled "Notice of Motion of Objection."  The court construes the motion to be one for service of the fifth amended complaint by the United States Marshal.

Pursuant to Federal Rule of Civil Procedure 4(c)(2), plaintiff's motion for service by the Marshal is HEREBY GRANTED.

IT IS SO ORDERED.

**Dated:   July 27, 2005**                        **/s/ Lawrence J. O'Neill**
b9ed48                                                 UNITED STATES MAGISTRATE JUDGE

1