# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

JEFF S. HARNDEN,

                Plaintiff,

    v.

D. KEY, et al.,

                Defendants.

CASE NO. 1:02-CV-06529-REC-LJO-P

ORDER FINDING SERVICE OF FIFTH AMENDED COMPLAINT APPROPRIATE, AND FORWARDING SERVICE DOCUMENTS TO PLAINTIFF TO FILL OUT AND RETURN TO COURT

(Doc. 36)

Plaintiff Jeff S. Harnden ("plaintiff") is a state prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983. On May 3, 2005, plaintiff filed a fifth amended complaint. Pursuant to the notice pleading standard set forth in Federal Rule of Civil Procedure 8, the court finds that plaintiff's allegations are sufficient to give rise to claims for relief under section 1983 against defendants Vogel, Key, and Keener for use of excessive physical force and retaliation, and against defendant Key for denial of appropriate medical care. 28 U.S.C. § 1915A; Swierkiewicz v. Sorema N. A., 534 U.S. 506, 512-15 (2002); Austin v. Terhune, 367 F.3d 1167, 1171 (9th Cir. 2004); Jackson v. Carey, 353 F.3d 750, 754 (9th Cir. 2003); Galbraith v. County of Santa Clara, 307 F.3d 1119, 1125-26 (9th Cir. 2002).

The basis of plaintiff's claims is that on November 16, 2001, plaintiff was gassed with pepper spray by defendants and forced to contaminate his anus with pepper spray residue, and was further battered by defendant Key. After the incident, plaintiff alleges that defendant Key refused to allow him to properly decontaminate and seek medical attention. Plaintiff alleges that the incident of force was in retaliation for the inmate appeal he filed grieving an institutional mail delay issue.

1

Accordingly, it is HEREBY ORDERED that:

1.  Service is appropriate for the following defendants:

    SGT. R. VOGEL

    C/O D. KEY

    LT. J. A. KEENER

2.  The Clerk of the Court shall send plaintiff three (3) USM-285 forms, three (3) summonses, a Notice of Submission of Documents form, an instruction sheet and a copy of the fifth amended complaint filed May 3, 2005.

3.  Within **thirty (30) days** from the date of this order, plaintiff shall complete the attached Notice of Submission of Documents and submit the completed Notice to the court with the following documents:

    a.  Completed summons;

    b.  One completed USM-285 form for each defendant listed above; and

    c.  Four (4) copies of the endorsed fifth amended complaint filed May 3, 2005.

4.  Plaintiff need not attempt service on defendants and need not request waiver of service. Upon receipt of the above-described documents, the court will direct the United States Marshal to serve the above-named defendants pursuant to Federal Rule of Civil Procedure 4 without payment of costs.[1]

5.  The failure to comply with this order will result in a recommendation that this action be dismissed.

IT IS SO ORDERED.

**Dated:    July 27, 2005**                           _____/s/ **Lawrence J. O'Neill**_____
b9ed48                                                        UNITED STATES MAGISTRATE JUDGE

---

[1] Because plaintiff is not proceeding in forma pauperis, he is not automatically entitled to service by the Marshal. However, in an order issued concurrently with this order, the court construed a motion made by plaintiff as one for service by the Marshal and granted the motion. Fed. R. Civ. P. 4(c)(2).