# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFF HARNDEN, | CV F 02 6529 REC LJO P |
| Plaintiff, | |
| v. | ORDER DENYING MOTION FOR CONTINUANCE TO SERVE LITIGATION COORDINATOR (Doc. 50.) |
| VOGEL, KEENER, et. al., | |
| Defendants. | |

Jeff Harnden ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action filed pursuant to 42 U.S.C. § 1983.

On July 28, 2005, this Court issued an Order finding claims cognizable against Defendants Vogel, Kenner and Key. Plaintiff returned the USM 285 forms to the Court on September 9, 2005. On September 23, 2005, Plaintiff filed a document, which vaguely looks like a pleading. The document is largely incoherent, however, the Clerk of Court was able to glean from the document that Plaintiff was seeking a continuance so that he could serve the Litigation Coordinator Jones. In addition to this request, Plaintiff makes vague references to prison limitations on law library access as well as an alleged interference with mail.

Plaintiff's Motion for Continuance is DENIED. Ms. Jones is not a party to the case per the Court's Order dated July 28, 2005. Thus, Plaintiff may not serve her and the Court will not

serve Ms. Jones on Plaintiff's behalf.

With regard to Plaintiff's allegations concerning law library access and interference with mail are not claims currently present in the instant complaint and cannot, therefore, be addressed in this action. Even were Plaintiff to move to amend the Complaint, his request would be denied as the claims accrued *after* the initiation of this Complaint and thus, are necessarily unexhausted.

Accordingly, the Court HEREBY ORDERS:

1. The Motion for Continuance is DENIED.

IT IS SO ORDERED.

**Dated:　September 27, 2005**　　　　　　　　　**/s/ Lawrence J. O'Neill**
b9ed48　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE