1. BILL LOCKYER
Attorney General of the State of California
2. JAMES M. HUMES
Chief Assistant Attorney General
3. FRANCES T. GRUNDER
Senior Assistant Attorney General
4. DAVID A. CARRASCO
Supervising Deputy Attorney General
5. MEGAN R. O'CARROLL, State Bar No. 215479
Deputy Attorney General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone: (916) 324-5288
 Fax: (916) 324-5205

Attorneys for Defendants Keener, Key and Vogel
SA2005302109

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JEFF S. HARNDEN,** <br><br> Plaintiff, <br><br> v. <br><br> **D. KEY, et al.,** <br><br> Defendants. | CIV F-02-6529 REC LJO P <br><br> **ORDER** GRANTING EXTENSION OF TIME |

ORDER

The Court finds there is good cause to grant Defendants' request for an extension of time to respond to Plaintiff's complaint. Accordingly, Defendants are granted a period of one month, to and including January 23, 2005, to file and serve a response.

IT IS SO ORDERED.

**Dated:   January 10, 2006**           /s/ Lawrence J. O'Neill
b9ed48                                                           UNITED STATES MAGISTRATE JUDGE

Order
1