IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| **JEFF S. HARNDEN,** | 1:02-cv-6529 REC LJO P |
| Plaintiff, | **ORDER** |
| v. | Document No. 102 |
| **D. KEY, et al.,** | |
| Defendants. | |

Plaintiff is a prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983. On January 8, 2007, defendants filed a motion to extend time to file a motion for summary judgment.

The Court finds there is good cause to grant Defendants' request for an extension of time to respond to file a motion for summary judgment. Accordingly, Defendants are granted a period of 45 days, to and including February 22, 2007, to file and serve a motion for summary judgment.

IT IS SO ORDERED.

**Dated:   January 29, 2007**          /s/ Lawrence J. O'Neill
b6edp0                                  UNITED STATES MAGISTRATE JUDGE