# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFF HARNDEN,<br><br>    Plaintiff,<br><br>v.<br><br>KEY, et. al.,<br><br>    Defendants. | CV F 02 6529 OWW LJO P<br><br>ORDER DENYING MOTIONS TO COMPEL (Docs. 105, 106.)<br><br>ORDER GRANTING DEFENDANT'S REQUEST FOR LEAVE TO FILE VIDEO RECORDING (Doc. 107.) |

    Jeff Harnden ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action filed pursuant to 42 U.S.C. § 1983.

    On January 30, 2007, Plaintiff submitted a Motion to Compel Production of Documents (Doc. 106) and a pleading titled "Motion to Compel Discovery Sanctions for Refusal to Produce Documents" (Doc. 105).

    On February 15, 2007, Defendant requested leave to submit a Video Recording in support of the Motion for Summary Judgment.

**A. MOTIONS TO COMPEL**

    The Court's discovery and Scheduling Order issued March 7, 2006, provided a deadline of November 8, 2006, for all discovery, including Motions to Compel. Plaintiff has filed two Motions to Compel on January 30, 2007, well after the deadline for the submission of such

1

motions.  Accordingly, the Motions are untimely and will be denied.

**B. MOTION TO FILE VIDEOTAPE**

The allegations in the Complaint are that the Defendants used excessive force in extracting from his prison cell.  Defendants state that the video contains a recording of that cell extraction.  Defendants state that through discovery, Plaintiff has reviewed the tape.

Good cause having been presented, Defendants request will be GRANTED.

**C. ORDER**

The Court HEREBY ORDERS:

1. The Motions to Compel are DENIED as untimely; and

2. Defendants Motion for Leave to file a Video Recording is GRANTED.

IT IS SO ORDERED.

**Dated:   February 16, 2007**          /s/ Lawrence J. O'Neill
b9ed48                                               UNITED STATES DISTRICT JUDGE