UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JEFF S. HARNDEN, | ) | 1:02-CV-6529 LJO NEW (DLB) PC |
| Plaintiff, | ) | |
| v. | ) | ORDER GRANTING EXTENSION OF TIME |
| D. KEY, et al., | ) | (DOCUMENT #119, 120) |
| Defendants. | ) | |

Plaintiff is a prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983. On March 13, 2007, and March 19, 2007, plaintiff filed motions to extend time to file an opposition to defendants' motion for summary judgment filed February 22, 2007. Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

Plaintiff is granted thirty days from the date of service of this order in which to file his response in opposition to the motion for summary judgment.

IT IS SO ORDERED.

Dated: **March 21, 2007**     **/s/ Dennis L. Beck**
b6edp0                          UNITED STATES MAGISTRATE JUDGE