# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFF HARNDEN,<br><br>        Plaintiff,<br><br>    v.<br><br>KEY, et. al.,<br><br>        Defendants.     / | CV F   02 6529 REC LJO P<br><br>ORDER DISREGARDING MOTION FOR EXTENSION OF TIME (Doc. 122.) |

Jeff Harnden ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action filed pursuant to 42 U.S.C. § 1983.

On March 13, 2007, and March 19, 2007, Plaintiff moved for an extension of time to file an Opposition to the recently filed Motion for Summary Judgment. The Court granted these requests on March 21, 2007. However, Plaintiff filed a third Motion for extension of time on March 21, 2007. As the Court had already granted Plaintiff an extension, the third and most recently filed request is DISREGARDED.

IT IS SO ORDERED.

   Dated:   **March 27, 2007**         **/s/ Dennis L. Beck**
3b142a                                 UNITED STATES MAGISTRATE JUDGE

1