# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFF HARNDEN,<br><br>        Plaintiff,<br><br>  v.<br><br>KEY, et. al.,<br><br>        Defendants.<br>_____/ | CV F 02 6529 REC LJO P<br><br>ORDER GRANTING MOTION FOR LEAVE TO FILE EVIDENCE IN SUPPORT OF VIDEO (Doc. 116.) |

    Jeff Harnden ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action filed pursuant to 42 U.S.C. § 1983.

    On February 28, 2007, Plaintiff filed a pleading titled "Motion Leave to File Grievances as Evidence in Support of Vidio [sic] filed as manufactured evidence." In this document, Plaintiff states that he filed several grievances that were unread which complained about a videotape as "shortened" such that it excluded three assaults. Plaintiff requests that the Court allow him to submit these grievances as evidence to challenge the legitimacy of the video tape submitted to the Court by the Defendants.

    The Court notes that a Motion for Summary Judgment was filed by Defendants on February 22, 2007. On February 20, 2007, the Court granted Defendants request to file a video recording in support of the Motion for Summary Judgment. Plaintiff filed an Opposition to the Motion for Summary Judgment on April 5, 2007, along with a separate statement of disputed facts. It is unclear to the Court at this time whether Plaintiff submitted copies of these

"grievances" as evidence to refute the Motion for Summary Judgment with his Opposition. In the event that he did not, Plaintiff can submit them in a pleading called "ADDITIONAL EXHIBITS TO PLAINTIFF'S OPPOSITION to the Motion for Summary Judgment." Should Plaintiff wish to add these grievances to his Opposition, he should file his "ADDITIONAL EXHIBITS TO PLAINTIFF'S OPPOSITION to the Motion for Summary Judgment" within thirty days of the date of service of this Order. If it is the case that Plaintiff already included this evidence in support of his Opposition, he need not do anything at this time.

Accordingly, the Court HEREBY ORDERS:

1. The Motion for Leave to file Grievances is DENIED;
2. Plaintiff may file an AMENDED OPPOSITION including the grievances as evidence in support of his Opposition within THIRTY (30) days of the date of service of this Order.

IT IS SO ORDERED.

Dated: **April 19, 2007**      /s/ **Dennis L. Beck**
UNITED STATES MAGISTRATE JUDGE