1
2
3
4
5
6
7
8                    IN THE UNITED STATES DISTRICT COURT FOR THE

9                          EASTERN DISTRICT OF CALIFORNIA

10

11   JEFF S. HARNDEN,                          1:02-cv-06529-LJO-GSA- (PC)

12              Plaintiff,
                                               ORDER GRANTING MOTION FOR
13        vs.                                  EXTENSION OF TIME TO FILE POINTS
                                               AND AUTHORITY OR REPLY TO
14   D. KEY, et al.,                           DEFENDANTS OBJECTIONS

15              Defendants.                     (DOCUMENT #139)

16   _____/

17          Plaintiff is a state prisoner proceeding pro se in a civil rights action pursuant to

18   42 U.S.C. §1983. On February 19, 2008, plaintiff filed a motion to extend time to file points

19   and authority or reply to defendants objections. Inasmuch as plaintiff filed the points and

20   authorities in support of opposition to defendants reply on February 25, 2008, and good cause

21   having been presented to the court, IT IS HEREBY ORDERED THAT plaintiff's motion to

22   extend time to file points and authority or reply to defendants objections is GRANTED nunc

23   pro tunc.

24          IT IS SO ORDERED.

25      **Dated:    March 6, 2008**          _____/s/ **Gary S. Austin**_____
                                             UNITED STATES MAGISTRATE JUDGE
26

27

28