UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFF HARNDEN, | 1:02-cv-06529-LJO-GSA-P |
| Plaintiff, | **ORDER ADOPTING FINDINGS AND RECOMMENDATIONS** (Doc. 135) |
| vs. | **ORDER GRANTING IN PART AND DENYING IN PART MOTION FOR SUMMARY JUDGMENT** (Doc. 111) |
| KEY, et al., | |
| Defendants. | **ORDER REFERRING CASE BACK TO MAGISTRATE JUDGE FOR FURTHER SCHEDULING** |

Plaintiff, Jeff Harnden ("plaintiff"), is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

On January 16, 2008, the Magistrate Judge filed Findings and Recommendations herein which were served on the parties and which contained notice to the parties that any objections to the Findings and Recommendations were to be filed within twenty (20) days. On January 28, 2008, plaintiff filed objections to the Findings and Recommendations. On February 5, 2008, defendants filed objections to the Findings and Recommendations. On

1

February 15, 2008, plaintiff filed a reply to the Findings and Recommendations.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 73-305, this Court has conducted a de novo review of this case. Having carefully reviewed the entire file, the Court finds the Findings and Recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations, filed January 16, 2008, are ADOPTED IN FULL;

2. Defendants' motion for summary judgment, filed February 22, 2007, is GRANTED as to plaintiff's retaliation claim and DENIED as to all other claims;

3. The case proceed against defendants Vogel, Key, and Keener for excessive force, and against defendant Key for denial of medical care; and

4. The case is referred back to the Magistrate Judge for further scheduling.

IT IS SO ORDERED.

**Dated:   March 6, 2008**              /s/ Lawrence J. O'Neill
                                    UNITED STATES DISTRICT JUDGE