UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFF S. HARNDEN,<br><br>    Plaintiff,<br><br>    v.<br><br>D. KEY, et al.,<br><br>    Defendant.<br><br>_____/ | 1:02-cv-06529-LJO-GSA-PC<br><br>NOTICE OF CHANGE OF HEARING DATE, TIME, AND LOCATION<br><br>Telephonic Trial Confirmation Hearing:<br><br>  WAS  November 6, 2008, at 8:30 a.m. in Courtroom 4 (LJO)<br><br>NOW CHANGED TO<br>    November 5, 2008, at 9:00 a.m. in Courtroom 10 (GSA) |

PLEASE TAKE NOTICE that the Telephonic Trial Confirmation Hearing scheduled before the Honorable Lawrence J. O'Neill on **November 6, 2008, at 8:30 a.m.** in Courtroom 4 has been changed. The Telephonic Trial Confirmation Hearing is now scheduled before the Honorable Gary S. Austin on **November 5, 2008, at 9:00 a.m.** in Courtroom 10.

IT IS SO ORDERED.

Dated: **July 16, 2008**          /s/ **Gary S. Austin**
                                             UNITED STATES MAGISTRATE JUDGE