UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFF S. HARNDEN, | 1:02-cv-06529-LJO-GSA-PC |
| Plaintiff, | NOTICE OF SECOND CHANGE OF HEARING DATE, TIME, AND LOCATION |
| v. | |
| D. KEY, et al., | Telephonic Trial Confirmation Hearing: |
| Defendant. | <u>WAS</u>  November 5, 2008, at 9:00 a.m. in Courtroom 10 (GSA) |
| | <u>NOW CHANGED TO</u><br>October 30, 2008, at 8:30 a.m. in Courtroom 4 (LJO) |

PLEASE TAKE NOTICE that the Telephonic Trial Confirmation Hearing scheduled before the Honorable Gary S. Austin on **November 5, 2008, at 9:00 a.m.** in Courtroom 10 has been changed. The Telephonic Trial Confirmation Hearing is now scheduled before the Honorable Lawrence J. O'Neill on **October 30, 2008, at 8:30 a.m.** in Courtroom 4.

IT IS SO ORDERED.

**Dated:   August 13, 2008**          /s/ Lawrence J. O'Neill
                                      UNITED STATES DISTRICT JUDGE