# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFF S. HARNDEN, | 1:02-cv-06529-LJO-GSA-PC |
| Plaintiff, | FINDINGS AND RECOMMENDATIONS RECOMMENDING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT BE DENIED (Doc. 154.) |
| v. | |
| KEY, VOGEL, and KEENER, | OBJECTIONS, IF ANY, DUE IN 11 DAYS |
| Defendants. | |

**I.    RELEVANT PROCEDURAL HISTORY**

Jeff S. Harnden ("plaintiff") is a state prisoner proceeding pro se in this civil rights action filed pursuant to 42 U.S.C. § 1983. Plaintiff commenced this action on December 9, 2002. The action now proceeds on the Fifth Amended Complaint filed May 3, 2005, against defendants Key, Vogel, and Keener ("defendants") for use of excessive physical force and retaliation, and against defendant Key for denial of appropriate medical care. (Doc. 36.) Pursuant to the scheduling order filed on March 7, 2006, the deadline for filing pre-trial dispositive motions was January 8, 2007. (Doc. 80.) This action is scheduled for jury trial on December 15, 2008. (Doc. 149.)

On August 4, 2008, plaintiff filed a motion for summary judgment. (Doc. 154.) On August 12, 2008, defendants filed an opposition to plaintiff's motion. (159.) Plaintiff has not replied to the opposition.

1

## II. PLAINTIFF'S MOTION

The court set a schedule in this action on May 7, 2006, establishing a deadline of January 8, 2007, for the parties to file pre-trial dispositive motions. (Doc. 80.) Thus, plaintiff's motion for summary judgment comes more than two years after the original schedule was set in this action and more than eighteen months after the court's deadline expired. The pretrial conference for this action is now scheduled for October 30, 2008, and trial is set for December 15, 2008. (Docs. 149, 151, 160.) Plaintiff's motion is clearly untimely.

Moreover, as with many of plaintiff's other documents, the motion for summary judgment is undecipherable. Plaintiff uses a rambling narrative which moves from one event to another in no discernible order, making it impossible for the court to determine the basis of his argument.

## III. CONCLUSION

In light of the foregoing, IT IS HEREBY RECOMMENDED that plaintiff's motion for summary judgment, filed on August 4, 2008, be DENIED.

It is HEREBY ORDERED that these Findings and Recommendations be submitted to the United States District Court Judge assigned to the case pursuant to the provision of 28 U.S.C. § 636 (b)(1)(B) and Rule 72-304 of the Local Rules of Practice for the United States District Court, Eastern District of California. Within ELEVEN (11) days after being served with a copy of these Findings and Recommendation, any party may file written objections with the court and serve a copy on all parties. Such a document should be captioned "Objections to Magistrate Judge's Findings and Recommendation." The court will then review the Magistrate Judge's ruling pursuant to 28 U.S.C. § 636 (b)(1)(C).

The parties are advised that failure to file objections within the specified time may waive the right to appeal the order of the District Court. Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

IT IS SO ORDERED.

Dated: **September 12, 2008**                    **/s/ Gary S. Austin**
                                                  UNITED STATES MAGISTRATE JUDGE