IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFF S. HARNDEN, | 1:02-cv-06529-LJO-GSA-PC |
| Plaintiff, | ORDER ADOPTING FINDINGS & RECOMMENDATIONS |
| vs. | (Doc. 166.) |
| KEY, VOGEL, and KEENER, | ORDER DENYING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT |
| Defendants. | (Doc. 154.) |

Jeff S. Harnden ("plaintiff") is a state prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

On September 12, 2008, findings and recommendations were entered, recommending that plaintiff's motion for summary judgment filed on August 4, 2008, be denied. (Doc. 166.) Plaintiff was provided an opportunity to file objections to the findings and recommendations within eleven days. On September 24, 2008, plaintiff filed objections. (Doc. 172.)

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(B) and Local Rule 73-305, this court has conducted a de novo review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and proper analysis.

Accordingly, THE COURT HEREBY ORDERS that:

1. The Findings and Recommendations issued by the Magistrate Judge on September 12, 2008, are adopted in full; and
2. Plaintiff's motion for summary judgment filed August 4, 2008, is DENIED.

IT IS SO ORDERED.

**Dated:   October 2, 2008**            /s/ Lawrence J. O'Neill

1

UNITED STATES DISTRICT JUDGE