IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFF S. HARNDEN, | 1:02-cv-06529-LJO-GSA-PC |
| Plaintiff, | ORDER STRIKING EXHIBITS SUBMITTED WITH PRETRIAL STATEMENTS ON AUGUST 18, 2008 AND SEPTEMBER 25, 2008 |
| vs. | (Docs. 161, 180.) |
| JAMES E. TILTON, et al., | ORDER FOR CLERK TO RETURN THE ORIGINAL EXHIBITS TO PLAINTIFF |
| Defendants. | |

Plaintiff is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. On July 7, 2008, the court issued a Second Scheduling Order which required the parties to file pretrial statements in accordance with Local Rule 16-281. (Doc. 149.) Pursuant to the order, plaintiff's pretrial statement was due on or before October 2, 2008, and defendants' pretrial statement is due on or before October 23, 2008. On August 18, 2008, plaintiff filed a pretrial statement with 332 pages of exhibits. (Doc. 161.) On September 25, 2008, plaintiff filed a second pretrial statement with approximately 500 pages of exhibits. (Docs. 180, 181.)

The Clerk shall be directed to return the exhibits to plaintiff. It is not appropriate to submit trial exhibits with the pretrial statement, and the court shall not serve as a repository for plaintiff's evidence. Pursuant to the Second Scheduling Order and Local Rule 16-281, the parties were required to submit a <u>list</u> of documents or other exhibits that the party expects to offer at trial,

1

not the exhibits themselves. L.R. 16-28(b)(11). "Only exhibits so listed will be permitted to be offered at trial except as may be otherwise provided in the pretrial order." Id.

Plaintiff is strongly cautioned that if he does not comply with the court's orders and rules of court, he will waive his right to present exhibits and testimony at trial.

Accordingly, IT IS HEREBY ORDERED that:

1. The 332 pages of filed exhibits which plaintiff submitted with his pretrial statement on August 18, 2008, are STRICKEN from the record;
2. The approximately 500 pages of lodged exhibits which plaintiff submitted with his pretrial statement on September 25, 2008, are STRICKEN from the record;
3. The Clerk of Court is DIRECTED to return to plaintiff the original copies of all of the exhibits; and
4. Plaintiff is strongly cautioned that if he does not comply with the court's orders and rules of court, he will waive his right to present exhibits and testimony at trial.

IT IS SO ORDERED.

Dated:    **October 15, 2008**          /s/ Lawrence J. O'Neill
                                        UNITED STATES DISTRICT JUDGE