IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFF S. HARNDEN, | 1:02-cv-06529-LJO-GSA-PC |
| Plaintiff, | ORDER FOR DEFENDANTS TO IDENTIFY EXHIBITS 10 AND 11 REFERRED TO IN DEFENDANTS' PRETRIAL STATEMENT (Doc. 185.) |
| v. | |
| JAMES E. TILTON, et al., | TWELVE DAY DEADLINE |
| Defendants. | |

Plaintiff is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. This case is scheduled for trial before District Judge Lawrence J. O'Neill on December 15, 2008.

On October 23, 2008, defendants filed a Pretrial Statement in which they stated "Defendants do not object to Plaintiff's Exhibits 10 or 11." Doc. 185 at 5:5. Exhibits 10 and 11 are not described. Defendants shall submit a description of Exhibits 10 and 11 in writing to the court within twelve days.

Accordingly, IT IS HEREBY ORDERED that defendants submit a description in writing of Exhibits 10 and 11, referred to in defendants' Pretrial Statement of October 23, 2008, to the court within twelve days of the date of service of this order.

IT IS SO ORDERED.

**Dated:  November 19, 2008**          /s/ Lawrence J. O'Neill
                                        UNITED STATES DISTRICT JUDGE