IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFF S. HARNDEN, | 1:02-cv-06529-LJO-GSA-PC |
| Plaintiff, | ORDER STRIKING PLAINTIFF'S LIST OF TRIAL EXHIBITS FILED OCTOBER 30, 2008 |
| vs. | (Doc. 192.) |
| JAMES E. TILTON, et al., | |

Plaintiff is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. On November 4, 2008, the court issued a Pretrial Order following the telephonic trial confirmation hearing which was held on October 30, 2008. Doc. 191. The Pretrial Order contained rulings on defendants' objections to plaintiff's seventy nine proposed trial exhibits as listed by defendants in defendants' Pretrial Statement of October 23, 2008. Id. at 5-12; Doc. 185.

On October 30, 2008, plaintiff filed a list of proposed trial exhibits.[1] (Doc 192.) The October 30, 2008 list does not conform with the list of plaintiff's exhibits in the court's Pretrial Order. The parties were forewarned in the Pretrial Order that "NO EXHIBIT, OTHER THAN THOSE LISTED IN THIS SECTION, MAY BE ADMITTED UNLESS THE PARTIES

---

[1] The list was received by the Court on October 30, 2008, the date of the hearing. However, because the list was not on the Court's record before the hearing, it was not under consideration for the Pretrial Order which followed the hearing.

1

STIPULATE OR UPON A SHOWING THAT THIS ORDER SHOULD BE MODIFIED TO PREVENT "MANIFEST INJUSTICE." Pretrial Order at 17:8-11; Fed. R. Civ. P. 16(e); Local Rule 16-281(b)(11). The court has not received any stipulation from the parties or any objection requesting modification, correction, addition or deletion from the Pretrial Order.[2] Therefore, plaintiff's October 30, 2008 list of exhibits shall be stricken, and the Court shall rely on the list of plaintiff's exhibits written in the Pretrial Order.

Plaintiff is strongly cautioned that if he does not comply with the court's orders and rules of court, he will waive his right to present exhibits and testimony at trial.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's list of trial exhibits filed October 30, 2008 is STRICKEN from the record; and
2. The Court shall rely on the list of plaintiff's trial exhibits written in the court's Pretrial Order of November 4, 2008.

IT IS SO ORDERED.

**Dated: November 19, 2008**          **/s/ Lawrence J. O'Neill**
UNITED STATES DISTRICT JUDGE

---

[2] The parties were given ten (10) calendar days after the date of service of the Pretrial Order in which to file and serve written objections to any of the provisions of the Order. Pretrial Order at 22:14-17. The time for objections has expired.