IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFF S. HARNDEN,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>KEY, VOGEL, and KEENER,<br><br>　　　　　Defendants.<br>_____/ | 1:02-cv-06529-LJO-GSA-PC<br><br>ORDER STRIKING UNSIGNED MOTION<br><br>(Doc. 199.) |

　　　　Plaintiff is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. On November 18, 2008, plaintiff filed an unsigned document entitled "Reconsideration. Objection Pretrial Conference, Mistake, FRCP 60(c) Mistakes." (Doc. 199.) The document was entered on the Court's docket as a Motion for Reconsideration.

　　　　The Court cannot consider unsigned filings. Local Rule 7-131; Fed. R. Civ. P. 11(a). Accordingly, the unsigned motion is HEREBY STRICKEN from the record.

IT IS SO ORDERED.

**Dated:　November 19, 2008**　　　　　　/s/ Lawrence J. O'Neill
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

1