IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFF S. HARNDEN,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>D. KEY, R. VOGEL, and J. A. KEENER,<br><br>　　　　Defendants.<br>　　　　　　　　　　　　　　　　　／ | 1:02-cv-06529-LJO-GSA-PC<br><br>ORDER STRIKING PLAINTIFF'S MOTION IN LIMINE (Doc. 229.) |

Plaintiff is a state prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983. Trial is scheduled to commence on December 15, 2008, at 8:15 a.m. before Judge Lawrence J. O'Neill. On December 10, 2008, plaintiff filed a motion in limine. (Doc. 229.) In the motion, plaintiff requests leave to present evidence of retaliation. Plaintiff also attaches three documents to the motion which he requests to offer as evidence at trial.

Plaintiff's motion is untimely. Pursuant to the Amended Pretrial Order, the deadline for the parties in this action to file and serve motions in limine was November 20, 2008. (Doc. 209.) Plaintiff signed the proof of service on December 8, 2008, and the motion was filed more than two weeks after the court's deadline. Therefore, the motion is untimely and is stricken.

Moreover, plaintiff's request to present evidence of retaliation was previously denied and therefore, is a baseless request for reconsideration of the court's previous order.

1

1 | Motions to reconsider are committed to the discretion of the trial court. <u>Combs v. Nick Garin Trucking</u>, 825 F.2d 437, 441 (D.C.Cir. 1987); <u>Rodgers v. Watt</u>, 722 F.2d 456, 460 (9th Cir. 1983) (en banc). Here, plaintiff has no statutory basis for reconsideration. Fed. R. Civ. P 6(b). In addition, portions of plaintiff's motion are in direct conflict with the court's Amended Pretrial Order.

Based on the foregoing, plaintiff's motion in limine filed December 10, 2008, is HEREBY STRICKEN from the record.

IT IS SO ORDERED.

**Dated:     December 12, 2008**               **/s/ Lawrence J. O'Neill**
                                               UNITED STATES DISTRICT JUDGE