```
                                                    FILED
                                                  DEC 1 5 2008
                                              CLERK, U.S. DISTRICT COURT
                                            EASTERN DISTRICT OF CALIFORNIA
                                            BY _____
                                                      DEPUTY CLERK
```

# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFF S. HARNDEN, | 1:02-cv-06529-LJO-GSA-PC |
| Plaintiff, | NOTICE AND ORDER THAT INMATE WITNESS IS NO LONGER NEEDED AS WITNESS IN THESE PROCEEDINGS, AND THE WRIT OF HABEAS CORPUS AD TESTIFICANDUM IS DISCHARGED (Doc. 221.) |
| v. | |
| D. KEY, R. VOGEL, and J. A. KEENER, | |
| Defendants. | |
| | As to Dale Owen Dustin, CDC# J-67741 |

Jury trial in this matter commenced on December 15, 2008, at 8:30 a.m, and inmate witness Dale Owen Dustin has given testimony before the court. Inmate witness Dale Owen Dustin, CDC# J-67741, is no longer needed by the court as a witness in these proceedings, and the writ of habeas corpus ad testificandum as to this inmate, issues on December 4, 2008, is HEREBY DISCHARGED.

DATED: Dec 15, 2008

_____
U. S. DISTRICT JUDGE LAWRENCE J. O'NEILL