IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFF S. HARNDEN,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>D. KEY, R. VOGEL, and J. A. KEENER,<br><br>　　　　　Defendants.<br>_____/ | 1:02-cv-06529-LJO-GSA-PC<br><br>ORDER GRANTING PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO FILE AN APPEAL<br><br>(Doc. 243.) |

Plaintiff is a state prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983. On December 15, 2008, this action proceeded to jury trial and on December 18, 2008, the jury returned a verdict in defendants' favor and judgment was entered by the Court. On December 31, 2008, plaintiff filed a motion for an extension of time file an appeal.

A notice of appeal must be filed by the district clerk within 30 days after the judgment or order appealed from is entered. See FRAP 4(a)(1)(A). However, the district court may extend time to file a notice of appeal if a party moves no later than 30 days after the time for filing a notice of appeal expires, and the party shows excusable neglect or good cause. See FRAP 4(a)(5)(A). Plaintiff filed his motion for extension of time on December 31, 2008, which is fewer than 30 days after the expiration time for filing his appeal. In his motion to extend time, plaintiff shows good cause for the extension, requesting additional time to await a

1

ruling by the district court on his Motion for Reconsideration, Motion for a New Trial or to Amend the Judgment, and Motion for Transcripts, filed on December 18, 2008. (Doc. 242.) The order resolving plaintiff's motions of December 18, 2008 shall be issued concurrently with this order.

     Therefore, good cause having been presented to the court, and GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that plaintiff's motion for an extension of time to file an appeal is GRANTED until thirty days from the date of service of this order (i.e. 30 calendar days from the date on the proof of service).

.

IT IS SO ORDERED.

**Dated:    January 8, 2009**                  /s/ Lawrence J. O'Neill
                                                      UNITED STATES DISTRICT JUDGE