IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFF S. HARNDEN, | 1:02-cv-06529-LJO-GSA-PC |
| Plaintiff, | ORDER DENYING REQUEST FOR CERTIFICATE OF APPEALABILITY |
| vs. | (Doc. 248.) |
| KEY, VOGEL, and KEENER, | |
| Defendants. | |

Plaintiff is a state prisoner proceeding pro se with this civil rights action pursuant to 42 U.S.C. § 1983. On December 15, 2008, jury trial in this action commenced before District Judge Lawrence J. O'Neill. On December 17, 2008, the jury returned a verdict for the Defendants. Judgment in favor of Defendants was entered in this action on December 18, 2008, and the case was closed.

On January 12, 2009, Plaintiff filed a notice of appeal to the Ninth Circuit Court of Appeals and a request for a certificate of appealability. (Docs. 247, 248.)

The requirement for the issuance of a certificate of appealability on appeal arises under 28 U.S.C. § 2253, which provides:

> (c)(1) Unless a circuit justice or judge issues a certificate of appealability, an appeal may not be taken to the court of appeals from --
>
> (A) the final order in a habeas corpus proceeding in which the detention complained of arises out of process issued by a State court; or
>
> (B) the final order in a proceeding under section 2255.

1

28 U.S.C. § 2253. Because § 2253 only applies to petitions for writ of habeas corpus, and plaintiff is proceeding with a civil rights action under 42 U.S.C. § 1983, plaintiff's request for a certificate of appealability shall be denied.

Accordingly, IT IS HEREBY ORDERED that plaintiff's request for a certificate of appealability, filed on January 12, 2009, is DENIED.

IT IS SO ORDERED.

**Dated:   April 6, 2009**          /s/ Lawrence J. O'Neill
                                    UNITED STATES DISTRICT JUDGE